ADAM G. BARE, *Appellee*, v. THE UNION PACIFIC RAILROAD COMPANY, *Appellant*.

No. 18,041.

Appeal from Wyandotte district court. Opinion filed July 6, 1912. Affirmed.

*R. W. Blair, B. W. Scandrett*, and *C. A. Magaw*, all of Topeka, for the appellant.

*L. O. Carter*, of Kansas City, for the appellee; *Samuel Maher*, of Kansas City, of counsel.

*Per Curiam:* This case belongs to the class in which the trial judge, when considering the verdict on a motion for a new trial, was satisfied that the verdict was not a fair and just deduction from the evidence. Therefore the order granting a new trial will not be disturbed.